E. TURNER v. THE STATE.

No. 13181. Delivered March 26, 1930.

Reported in 26 S. W. (2d) 236.

The opinion states the case.

*W. P. Wallace, Jr.,* of Del Rio, for appellant.

*A. A. Dawson* of Canton, State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for misdemeanor theft, punishment being a fine of $50.00 and twelve days in jail.

The state's attorney calls attention to the fact that no notice of appeal is shown by the record. In the absence of such notice this court is without jurisdiction. Art. 827 C. C. P.; Palmer v. State, 141 S. W. 109; Narsingle v. State, 146 S. W. 934; Moore v. State, 86 Tex. Cr. R. 549, 218 S. W. 366; Hill v. State, 108 Tex. Cr. R. 335, 300 S. W. 70.

The appeal is dismissed.

*Dismissed.*